# LAW OFFICE OF TERRI H. MOTL

## 1510 RIVER RIDGE LN., SAN ANGELO, TEXAS 76904
### (325) 651-7608

BOARD CERTIFIED - FAMILY LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

TRAINED FAMILY LAW MEDIATOR

January 27, 2015

**VIA FEDERAL EXPRESS**

RECEIVED

JAN 2 9 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

Attn: Frances Hewtty, Deputy Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, TX   78711-2547

RE:   Court of Appeals Number:   03-14-00435-CV
      Trial Court Case Number:     CV12-004436

Style:  Leslie Otis Rolls, Jr.
        v.
        Susan D. Rolls

Dear Sir/Madam:

On behalf of my client, Susan D. Rolls, enclosed for filing as requested in your correspondence dated January 22, 2015, please find three paper copies of Appellee's Brief previously efiled with the Court (tan cover as specified).

Although I have retired as of December 31, 2014, I will continue as counsel for Susan D. Rolls through the appeals process. Please forward all correspondence regarding this case to my attention at: 1510 River Ridge Ln., San Angelo, TX 76904. I can also be reached via email at: motl.th@wcc.net. If there is anything else you may require, please feel free to contact me.

Very truly yours,

Terri H. Motl

THM/sab
Enclosures
cc:    Susan D. Rolls
       Chad Ruback